IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No.  AW 11-cr-0378 |
| John Edward Butler, Jr. | * | |

******

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by _Nicholas Vitek_, and the Government was represented by Assistant United States Attorney _Cheryl Crumpton_, it is

**ORDERED**, this __18th__ day of __January__ __2012__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
Jillyn K. Schulze
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention by Agreement